defendant's right to error-free resentencing into a meaningless fiction.

The Missouri courts have failed to rectify the clear constitutional defect that has infected petitioner's death sentence. I believe that this Court is likewise remiss in its responsibilities when it permits a life-threatening error of this nature to go uncorrected.

## II

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976) (MARSHALL, J., dissenting), I would grant the petition and vacate petitioner's death sentence even if I did not view the issue in this case as being independently worthy of this Court's plenary review.

No. 90–96.   SIEGERT *v.* GILLEY, 500 U. S. 226;

No. 90–1320.   CRAIG ET AL. *v.* UNITED STATES, 500 U. S. 917;

No. 90–1496.   STEEG ET UX. *v.* CITY OF DEARBORN HEIGHTS, MICHIGAN, ET AL., 500 U. S. 942;

No. 90–7340.   NICHOLS *v.* ILLINOIS DEPARTMENT OF PUBLIC HEALTH ET AL., 500 U. S. 908;

No. 90–7344.   WILLIAMS *v.* ARIZONA, 500 U. S. 929;

No. 90–7418.   DELBRIDGE ET AL. *v.* NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES, 500 U. S. 921;

No. 90–7447.   IN RE ALSTON, 500 U. S. 941;

No. 90–7490.   BRIDGES *v.* SPILLER-BRIDGES, 500 U. S. 923;

No. 90–7525.   VINIK *v.* MIDDLESEX COUNTY PROBATION DEPARTMENT ET AL., 500 U. S. 935;

No. 90–7534.   IN RE PREUSS, 500 U. S. 914;

No. 90–7565.   MCCONE *v.* SAGEBRUSH PROPERTIES, INC., ET AL., 500 U. S. 944;

No. 90–7595.   REESE *v.* HILL, WARDEN, 500 U. S. 945;

No. 90–7598.   AGHA *v.* SECRETARY OF THE ARMY, 500 U. S. 925;

No. 90–7648.   MORRISON *v.* LEE ET AL., 500 U. S. 956;

No. 90–7700.   MARTIN *v.* UNITED STATES POSTAL SERVICE, 500 U. S. 936; and

No. 90–7734.  CURIALE v. ALASKA, 500 U. S. 945.  Petitions for rehearing denied.

No. 90–7503.  SZOKE v. MINNESOTA MINING & MANUFACTURING CO., INC., 500 U. S. 929.  Petition for rehearing denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

JUNE 30, 1991

No. A–4.  HOPKINS, WARDEN, ET AL. v. OTEY.  Application for an order to vacate the temporary stay of execution of sentence of death entered by the United States Court of Appeals for the Eighth Circuit, presented to JUSTICE BLACKMUN, and by him referred to the Court, denied.  JUSTICE SCALIA took no part in the consideration or decision of this application.

JULY 1, 1991

No. A–4.  HOPKINS, WARDEN, ET AL. v. OTEY.  Motion for reconsideration of order of June 30, 1991 [ante this page], denied.

JULY 12, 1991

No. 90–1165.  NATIONAL LABOR RELATIONS BOARD v. NABORS TRAILERS, INC., NKA STEEGO TRANSPORTATION EQUIPMENT CENTERS, INC.  C. A. 5th Cir.  [Certiorari granted, 500 U. S. 903.] Writ of certiorari dismissed under this Court's Rule 46.

JULY 21, 1991

No. 91–5193 (A–66).  JONES v. WHITLEY, WARDEN.  Sup. Ct. La.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Certiorari denied.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, Gregg v. Georgia, 428 U. S. 153,